FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHANE JOSEPH PARISEAU,<br><br>    Defendant. | NO: 2:18-CR-194-RMP<br><br>ORDER GRANTING MOTION TO WITHDRAW PLEA OF GUILTY |

BEFORE THE COURT is Defendant's unopposed Motion to Withdraw Plea of Guilty, ECF No. 32. Defendant requests that he be permitted to withdraw from his guilty plea, which was accepted by this Court on November 21, 2018, so that he may enter into a new plea agreement with the Government. *See* ECF No. 18. The Court addressed this matter at a hearing on October 23, 2019, in Spokane, Washington. Defendant, who is in custody, was present and represented by Criminal Justice Act attorney Virginia Rockwood. Assistant United States Attorney David M. Herzog appeared on behalf of the Government. The Court has considered the arguments of counsel, the record, and is fully informed.

ORDER GRANTING MOTION TO WITHDRAW PLEA OF GUILTY ~ 1

The parties submit that Defendant should be allowed to withdraw his guilty plea due to changes in the law that may impact his plea agreement. Additionally, the new plea agreement that Defendant seeks to enter addresses his federal and state charges, providing a global resolution. The Court finds that Defendant's request is supported by fair and just reasons for withdrawal. *See* Fed. R. Crim. P. 11(d)(2)(B).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Plea of Guilty, **ECF No. 32**, is **GRANTED**.

The District Court Clerk is hereby directed to enter this order and provide copies to counsel.

**DATED** October 23, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge